IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL BURGESS**                                                                                       **PLAINTIFF**

**V.**                                              **4:23CV00895 JM**

**MASSACHUSETTS MUTUAL LIFE**
**INSURANCE COMPANY, et al,**                                                                   **DEFENDANTS**

## ORDER

Pending is Defendant Massachusetts Mutual Life Insurance Company's ("MassMutual") motion to dismiss. The Plaintiff has responded to the motion.

After review of the briefs and the law, the Court finds that the motion must be denied because the issues go beyond the bounds of a Rule 12(b)(6) motion. Accordingly, MassMutual's motion to dismiss (ECF No. 17) is DENIED.

IT IS SO ORDERED this 23rd day of April, 2024.

_____
James M. Moody Jr
United States District Judge