IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL BURGESS**                                                                                          **PLAINTIFF**

**V.**                                                    **4:23CV00895 JM**

**MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY and
RUSS VANDERSTEEG**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant Massachusetts Mutual Life Insurance Company and against the Plaintiff on Plaintiff's ADEA claim. The ADEA claim is dismissed with prejudice. The Court declines supplemental jurisdiction as to the remaining claims against Defendant Massachusetts Mutual Life Insurance Company and all claims against Defendant Russ Vandersteeg. Those claims are dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of July, 2025.

James M. Moody Jr
United States District